**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DAVID A. TAYLOR (Cal. Bar No. 247433)
(dtaylor@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor*
*Home Tax Service of America, Inc.*

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>Home Tax Service of America, Inc.<br><br>Debtor. | Case No. 25−00204 – B<br><br>Adv. No. 25−02144 – B<br><br>DCN: CAE-1 |
| Estate of BRAD DRIVER, by and through the Personal Representative and Administrator of his estate, MARIAH DRIVER,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH PETER WELLISCH; and DOES 1-20, inclusive,<br><br>Defendants. | Date: January 13, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 32 (Dept. B)<br>Judge: Hon. Christopher D. Jaime |

**ORDER GRANTING MOTION OF DEBTOR HOME TAX SERVICE OF AMERICA, INC. TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1412 AND FED. R. BANKR. P. 7087**

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

Upon consideration of the *Motion of Debtor Home Tax Service of America Inc. to Transfer Venue to the United States Bankruptcy Court for the Northern District of California Under 28 U.S.C. § 1412 and Fed. R. Bankr. P. 7087* (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that notice of the Motion was appropriate under the particular circumstances; and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. Venue of this Action shall be transferred to the United States Bankruptcy Court for the Northern District of California pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087.

**Dated:** December 17, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court